UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
17-CR-20609-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FELIX MANUEL HERNANDEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 17], which was issued on November 27, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Felix Manuel Hernandez, be found to have freely and voluntarily entered a plea of guilty to the crime charged in the Indictment, namely possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

    **ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 17] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of possessing a firearm and ammunition despite his status as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Tuesday, February 20, 2018, at 9:00 A.M.**

    **DONE AND ORDERED** in Chambers in Miami, Florida, on December 12, 2017.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Service